ACCEPTED
09-17-00434-CR
NINTH COURT OF APPEALS
BEAUMONT, TEXAS
4/2/2018 11:42 AM
CAROL ANNE HARLEY
CLERK

NO. **09-17-00434-CR**

NO. **09-17-00435-CR**

NO. **09-17-00436-CR**

FILED IN
9th COURT OF APPEALS
BEAUMONT, TEXAS
4/2/2018 11:42:23 AM
CAROL ANNE HARLEY
Clerk

| | | |
|---|---|---|
| **VERNON LANDRY** | § | IN THE |
| | § | |
| **VS.** | § | NINTH COURT |
| | § | |
| **THE STATE OF TEXAS** | § | OF APPEALS |

### THIRD MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes VERNON LANDRY, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the Criminal District Court of Jefferson County, Texas.

2. The case below was styled the STATE OF TEXAS vs. VERNON LANDRY, and numbered 11-11681, 11-11715 and 11-11720.

3. Appellant was convicted of BURGLARY OF A HABITATION, AGGRAVATED ASSAULT, and VIOLATION OF A PROTECTIVE ORDER.

4. Appellant was assessed a sentence of ten (10) years in 11-11681 and 1-11720, and to twenty (20) years in 11-11715 confinement in TDCJ on October 27, 2017.

5. Notice of appeal was given on November 9, 2017.

6. The clerk's record was filed on November 28, 2017; reporter's record was filed on December 29, 2018.

7. The appellate brief was due on April 2, 2018.

8. Appellant requests an extension of time of 30 days from the present date, ie. May 2, 2018.

9. Defendant is currently incarcerated.

10. Appellant relies on the following facts as good cause for the requested extension:

I am a solo practitioner. I have been preparing several cases for trial. It appears that this case is a complex case and requires adequate time to review this case to prepare the brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend

Time to File Appellant's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


Brittanie A. Holmes
Attorney At Law
455 Milam Street
Beaumont, Texas 77701
Tel: (409) 832-6041
Fax: (409) 832-6078



By: */s/ Brittanie A. Holmes*
    BRITTANIE A. HOLMES
    ATTORNEY AT LAW
    State Bar No. 24064020
    Attorney for APPELLANT



## CERTIFICATE OF SERVICE

This is to certify that on April 2, 2018, a true and correct copy of the above and foregoing document was served

on the District Attorney's Office, Jefferson County, Texas, by facsimile transmission to (409) 835-8573.


*/s/ Brittanie A. Holmes*
BRITTANIE A. HOLMES
ATTORNEY AT LAW